# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 28, 2014

Robert John Borrello
Russomanno & Borrello, PA
150 W FLAGLER ST PH 2800
MIAMI, FL 33130-1558

Mitchel H. Kider
Weiner Brodsky Sidman Kider, PC
1300 19TH ST NW FL 5
WASHINGTON, DC 20036-1609

Michael Y. Kieval
Weiner Brodsky Sidman Kider, PC
1300 19TH ST NW FL 5
WASHINGTON, DC 20036-1609

Herman Joseph Russomanno III
Russomanno & Borrello, PA
150 W FLAGLER ST PH 2800
MIAMI, FL 33130-1558

David M. Souders
Weiner Brodsky Sidman Kider, PC
1300 19TH ST NW FL 5
WASHINGTON, DC 20036-1609

Appeal Number: 14-11157-F
Case Style: Consumer Financial Protection v. PHH, et al
District Court Docket No: 1:13-cv-21189-KMW

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Eleventh Circuit Rule 31-1 requires that APPELLANT'S BRIEF BE SERVED AND FILED ON

OR BEFORE April 23, 2014. APPELLANT'S APPENDIX MUST BE SERVED AND FILED NO LATER THAN 7 DAYS AFTER FILING OF THE APPELLANT'S BRIEF. Motions for extensions of time to file a brief are frowned upon by the court.

This is the only notice you will receive concerning the due date for filing briefs and appendices. See Fed.R.App.P. 28, 30, 31, 32, the corresponding circuit rules and General Order 39, for further information. (In cross-appeals pursuant to Fed.R.App.P. 28(h), the party who first files a notice of appeal is the appellant unless the parties otherwise agree.)

Attorneys must file briefs electronically using the ECF system. Use of ECF does not modify the requirements of the circuit rules that counsel must also provide seven (7) paper copies of a brief to the court, nor does it modify the requirements of the circuit rules for the filing of appendices in a particular case.

Attorneys and pro se parties must file an appendix in conformance with 11th Cir. R. 30-1, 30-2 and General Order 39, available on the court's Web site. Pro se parties who are incarcerated are not required to file an appendix.

FRAP 26.1 and the accompanying circuit rules provide that the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) must be filed by every appellant [and cross-appellant] with this court within 14 days after the date the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a certificate is electronically filed using the ECF system, the party filing it must also complete the court's web-based certificate at the Web-Based CIP link of the court's website. Pro se parties are **not required or authorized** to complete the web-based certificate.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

MEDIATION. If a Civil Appeal Statement is required to be filed, your appeal and all related matters will be considered for mediation by the Kinnard Mediation Center. The mediation services are free and the mediation process is confidential. You may confidentially request mediation by calling the Kinnard Mediation Center at 404-335-6260 (Atlanta) or 305-714-1900 (Miami). See 11th Cir. R. 33-1.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet Spradlin, FF/dro
Phone #: (404) 335-6178

DKT-7CIV Civil Early Briefing