No. 14-11157-FF
District Court Case No.: 1:13-cv-21189-KMW

## UNITED STATES COURT OF APPEALS
## THE ELEVENTH CIRCUIT

_____

**CONSUMER FINANCIAL PROTECTION BUREAU,**

Plaintiff/Appellee,

v.

**UNITED GUARANTY CORPORATION,**

Defendant/Appellee,

**PHH CORPORATION,
PHH MORTGAGE CORPORATION,
PHH HOME LOANS, LLC,
ATRIUM INSURANCE CORPORATION,
ATRIUM REINSURANCE CORPORATION**

Intervenor-Defendants/Appellants
_____

APPEAL TAKEN FROM
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
_____

**APPELLANTS' CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

WEINER BRODSKY KIDER PC
Mitchel H. Kider
David M. Souders
Michael Y. Kieval
1300 19th Street, N.W., 5th Floor
Washington, D.C. 20036
(202) 628-2000

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, the undersigned certifies that the following is a list of the trial judge, all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this particular case or appeal:

1. Atrium Insurance Corporation, Appellant

2. Atrium Reinsurance Corporation, Appellant

3. Bateman, Kristin, counsel for CFPB

4. Borrello, Robert, counsel for Appellants

5. Brunswick, Lauren G., counsel for United Guaranty

6. Burck, William A., counsel for United Guaranty

7. Byrne, Jane M., counsel for United Guaranty

8. Consumer Financial Protection Bureau, Appellee

9. Coleman, John Robert, counsel for CFPB

10. Farach, Juan J., counsel for United Guaranty

11. Gordon, Donald R., counsel for CFPB

12. Karlin, Molly Alana, counsel for United Guaranty

13. Kider, Mitchel H., counsel for Appellants

14. Kieval, Michael Y., counsel for Appellants

15. Kim, Thomas, counsel for CFPB

16. Lerner, Scott E., counsel for United Guaranty

17. Markus, Kent, counsel for CFPB

18. PHH Corporation (PHH), Appellant

19. PHH Home Loans, LLC, Appellant

20. PHH Mortgage Corporation, Appellant

21. Quinn Emanuel Urquhart & Sullivan, counsel for United Guaranty

22. Ravener, Kimberley J., counsel for CFPB

23. Realogy Holdings Corp. (RLGY), part owner PHH Home Loans, LLC

24. Russomanno & Borrello PA, counsel for Appellants

25. Russomanno, Christopher, counsel for Appellants

26. Russomanno, Herman, counsel for Appellants

27. Russomanno, Herman, III, counsel for Appellants

28. Shubin & Bass PA, counsel for United Guaranty

29. Shubin, John K., counsel for United Guaranty

30. Souders, David M., counsel for Appellants

31. United Guaranty Corporation, Appellee (named inconsistently below)

32. United Guaranty Residential Insurance Company, Appellee

33. Vazire, Navid, counsel for CFPB

34. Weiner Brodsky Kider PC, counsel for Appellants

35. Williams, Hon. Kathleen M., United States District Judge

Appellant PHH Corporation is a publically traded company (NYSE: PHH). It has no parent company and no publicly held corporation owns 10% or more of its stock.  Appellants Atrium Reinsurance Corporation, Atrium Insurance Corporation, and PHH Mortgage Corporation are wholly-owned subsidiaries of PHH Corporation, and no other company or publicly held corporation owns 10% or more of their stock.  PHH Home Loans, LLC is owned in part by subsidiaries of PHH Corporation and in part by affiliates of Realogy Holdings Corporation (NYSE: RLGY).

Dated:  April 11, 2014                     Respectfully submitted,

/s/ Michael Y. Kieval
Mitchel H. Kider
David M. Souders
Michael Y. Kieval
WEINER BRODSKY KIDER PC
1300 19th Street, N.W., Fifth Floor
Washington, D.C. 20036
Telephone:  (202) 628-2000
Facsimile:  (202) 628-2011
kider@thewbkfirm.com
souders@thewbkfirm.com
kieval@thewbkfirm.com

*Attorneys for Defendant-Intervenors/Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2014, I electronically filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of Court using CM/ECF, which will cause a copy to be served electronically upon the following counsel of record:

John Robert Coleman
john.coleman@cfpb.gov

Kristin Bateman
kristin.bateman@cfpb.gov

Donald R. Gordon
donald.gordon@cfpb.gov

Molly Alana Karlin
mollykarlin@quinnemanuel.com

Jane M. Byrne
janebyrne@quinnemanuel.com

/s/ Michael Y. Kieval
Mitchel H. Kider
David M. Souders
Michael Y. Kieval
WEINER BRODSKY KIDER PC
1300 19th Street, N.W., Fifth Floor
Washington, D.C. 20036
Telephone:  (202) 628-2000
Facsimile:  (202) 628-2011
kider@thewbkfirm.com
souders@thewbkfirm.com
kieval@thewbkfirm.com

*Attorneys for
Defendant-Intervenors/Appellants*