# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 22, 2014

Daniel C. Posner
Quinn Emanuel Urquhart & Sullivan, LLP
865 S FIGUEROA ST FL 10
LOS ANGELES, CA 90017

Appeal Number:  14-11157-FF
Case Style:  Consumer Financial Protection v. PHH, et al
District Court Docket No:  1:13-cv-21189-KMW

## Notification of Requirement to File Electronically

On or after April 1, 2013, you filed pleadings with our Court that did not comply with the Court's General Order 38, dated February 26, 2013 which provides as follows:

> **Effective 1 April 2013, counsel are required to file documents electronically in appeals pending on that date and in appeals docketed in this Court on or after that date, following the procedures set out in the "Eleventh Circuit Guide to Electronic Filing" ("the Guide").**

This letter is to bring the Court's Order to your attention, and to direct that any future filings comply with its provisions. Failure to file by electronic means in the future may result in the issuance of an Order to Show Cause.

If you have not yet registered for Electronic Case Filing, information regarding registration can be found on the Court's website at ECF Information.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Spradlin, FF
Phone #: (404) 335-6178

Mandatory ECF