# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 10, 2014

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 14-11157-FF
Case Style: Consumer Financial Protection v. PHH, et al
District Court Docket No: 1:13-cv-21189-KMW

Based upon the responses of the parties, it appears that this court has jurisdiction to consider this appeal. A final determination regarding jurisdiction will be made by the panel to whom this appeal is submitted on the merits.

Appellee's brief is due 30 days from the date of this letter.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Spradlin, FF
Phone #: (404) 335-6178

JUR-3 Ntc of prob juris