No. 14-11157-F
District Court Case No.: 1:13-cv-21189-KMW

UNITED STATES COURT OF APPEALS

THE ELEVENTH CIRCUIT
_____

CONSUMER FINANCIAL PROTECTION BUREAU,

Plaintiff/Appellee,

v.

UNITED GUARANTY CORPORATION,

Defendant/Appellee,

PHH CORPORATION,
PHH MORTGAGE CORPORATION,
PHH HOME LOANS, LLC,
ATRIUM INSURANCE CORPORATION,
ATRIUM REINSURANCE CORPORATION

Intervenor-Defendants/Appellants
_____

APPEAL TAKEN FROM
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
_____

## EXHIBIT A

to

**APPELLANTS' REPLY IN SUPPORT OF MOTION FOR
JUDICIAL NOTICE OR TO SUPPLEMENT THE RECORD**



RE:  FOIA Request #CFPB-2014-230-F

July 21, 2014

Mr. Michael Y. Kieval
Weiner Brodsky Kider PC
1300 19th St. NW 5th Floor
Washington, District of Columbia 20036

Dear Mr. Kieval:

This letter is in final response to the Final Appellate Determination Letter (CFPB-2014-162-A) dated June 20, 2014, wherein your request was remanded back to the FOIA Office in order to determine if additional records may be disclosed in response to your initial FOIA request.  Your initial request sought all reports and documents submitted to the Consumer Financial Protection Bureau (CFPB) pursuant to the Consent Orders entered in the following cases filed in the U.S. District Court for the Southern District of Florida:  CFPB v. Genworth Mortgage Insurance Corporation, No 1:13-cv-21183-JLK; CFPB v. Mortgage Guaranty Insurance Corporation, No. 1:13-cv-21187; CFPB v. Radian Guaranty, Inc., No.1:13-cv-21188; CFPB v United Guaranty Corporation, No. 1:13-cv-21189; and CFPB v. Republic Mortgage Insurance Company, No. 1:13-cv-24146.

On April 7, 2014 and again on May 1, 2014, the CFPB informed you that the documents located during a search of the Office of Enforcement are withheld in full under Title 5 U.S.C. § 552 (b)(4) and (b)(7)(A).  You were also notified that once all pending matters are resolved and FOIA Exemption (b)(7)(A) is no longer applicable, there may be other exemptions which could protect certain information from disclosure, such as FOIA Exemptions 7(C), 7(D), 7(E), and/or 8.

After further review, I have determined that FOIA exemption (b)(7)(A) no longer applies to these documents, however, other FOIA exemptions are applicable.  Of the 353 pages located by our Office of Enforcement, I have determined that 16 pages are granted in full and 337 pages are withheld in full pursuant to Title 5 U.S.C. § 552 (b)(4) and/or (b)(8).

**FOIA Exemption 4** protects trade secrets and commercial or financial information obtained from a person that is privileged or confidential.  The courts have held that this subsection protects (a) confidential commercial information, the disclosure of which is likely to cause substantial harm to the competitive position of the person who submitted the information and (b) information that was voluntarily submitted to the government if it is the kind of information that the provider would not customarily make available to the public.  I reviewed the responsive documents, the submitter's objections to release, and relevant case law, and I determined that the relevant pages are exempt from disclosure under subsection (b)(4) of the FOIA and must be withheld in order to protect the submitter's proprietary interests.

**FOIA Exemption 8** protects matters that are contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions.  Additionally, it ensur[es] the security of financial institutions, which could be undermined by disclosure of information containing frank evaluations of such institutions, and a secondary purpose of safeguarding the relationship between the banks and their supervising agencies.

You may appeal any of the responses or decisions set forth above.  If you choose to file an appeal, you must do so within 45 calendar days from the date of this letter.  Your appeal must be in writing, signed by you or your representative, and should contain the rationale for the appeal.  You may send your appeal via the mail (address below), email (FOIA@cfpb.gov) or fax (1-855-FAX-FOIA (329-3642)).

Your appeal should be addressed to:

Consumer Financial Protection Bureau
Chief FOIA Officer
Freedom of Information Appeal
1700 G Street, NW
Washington, D.C.  20552

Provisions of the FOIA allow us to recover part of the cost of complying with your request.  In this instance, we have waived all fees related to the processing of your request.  Therefore, your fee waiver is moot.

For questions concerning our response, please feel free to contact CFPB's FOIA Service Center by email at FOIA@cfpb.gov or by telephone at 1-855-444-FOIA (3642).

Sincerely,

Martin Michalosky
FOIA Manager
Operations Division